# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ARBOR PLASTIC TECHNOLOGIES, LLC,<br>    Plaintiff,<br><br>v.<br><br>SPARTECH, LLC and J. STERLING INDUSTRIES, LTD.,<br>    Defendants. | Case No. 21-cv-11194-RHC-APP |

## ORDER AND FINAL JUDGMENT

**BEFORE THE COURT** is Plaintiff Arbor Plastic Technologies, LLC's ("Arbor Plastic") Motion for Default Judgment against Defendant J. Sterling Industries, Ltd. ("Sterling"). After a hearing dated December 9, 2021 and after due consideration of Arbor Plastic's motion, the Court **GRANTS** Arbor Plastic's Motion for Default Judgment and enters judgment in favor of Plaintiff Arbor Plastic Technologies, LLC, and against J. Sterling Industries, Ltd., in the amount of $1,318,012.49, plus post-judgment interest under 28 U.S.C. § 1961.

s/Robert H. Cleland__
Judge Robert H. Cleland

Dated: December 13, 2021